UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: DEFENSE COUNSEL IN 20-CV-92     CIVIL ACTION

NO. 22-00039-SDD

## ORDER

In the interest of judicial efficiency,

**IT IS ORDERED** that the above caption action be transferred the Hon. Brian A. Jackson for all further proceedings.

Baton Rouge, Louisiana, this 12th day of May, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**