UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: DEFENSE COUNSEL  
IN 20-CV-00092

MISCELLANEOUS ACTION

NO. 22-00039-BAJ

### ORDER

Having received Defense Counsel's response to the Court's Show Cause Order of March 9, 2022, and consistent with the requirements of due process for attorney disciplinary proceedings, *see In re Grodner*, 587 F. App'x 166, 170 (5th Cir. 2014) ("Attorneys facing discipline are entitled to fair notice of the charge and an opportunity to be heard."); *see also* M.D. La. Local Civil Rule 83(b)(12),

**IT IS ORDERED** that a Show Cause Hearing is set for Thursday, July 28, 2022 at 9:00 a.m. in Courtroom 2 to provide Defense Counsel the opportunity to be heard and to present evidence regarding the disciplinary issues set forth in the Court's March 9 Order.

Baton Rouge, Louisiana, this 30th day of June, 2022

_____  
JUDGE BRIAN A. JACKSON  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF LOUISIANA