UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: DEFENSE COUNSEL IN 20-cv-92 | CIV. ACTION NO.: 3:22-mc-00039-BAJ <br><br> HON. BRIAN A. JACKSON |

### RESPONDENT'S MOTION TO CONTINUE HEARING DATE

NOW INTO COURT, comes defense counsel for REC MARINE LOGISTICS, LLC, through undersigned counsel, who respectfully request that the Court reset the show cause hearing currently scheduled on July 28, 2022. Respondent's respectfully request that this Court reset the show cause hearing for August 1, 2022 or thereafter.

On July 1, 2022, this Court issued an order to show cause giving defense counsel the opportunity to be heard and present evidence regarding the disciplinary issues set forth in the Court's March 9, 2022 Order. Undersigned counsel, Dane S. Ciolino, will be out of the state on July 28, 2022 on a family vacation. Mr. Ciolino returns on July 29, 2022. Given that he will be out of the state, Mr. Ciolino will be unable to attend a live hearing.

The respondents respectfully request that this Court continue the hearing to August 1, 2022. Alternatively, the respondent requests that the Court hold a scheduling conference to discuss scheduling a new date for the hearing. For the

1

foregoing reasons, the respondent requests this Court reset the hearing currently schedule for July 28, 2022.

Respectfully submitted,

_____
Dane S. Ciolino, La. Bar No. 19311
Clare S. Roubion, La. Bar No. 36042
LOUISIANA LEGAL ETHICS, LLC
18 Farnham Place
Metairie, LA 70005
(504) 975-3263
dane@daneciolino.com
clareroubion@lalegalethics.com

Counsel of Record for Respondent

3

**CERTIFICATE OF SERVICE**

I, Dane S. Ciolino, hereby certify by signing above that I filed this document through the ECF/CMF filing system on Wednesday, July 6, 2022.