UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: DEFENSE COUNSEL  
IN 20-CV-00092

MISCELLANEOUS ACTION

NO. 22-00039-BAJ

### ORDER

Considering **Respondent's Motion to Continue Hearing Date (Doc. 5)**,

**IT IS ORDERED** that the Motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that the Show Cause Hearing is set for Thursday, July 28, 2022 at 9:00 a.m. in Courtroom 2 is **CONTINUED** to Thursday, August, 4, 2022 at 1:30 p.m.

Baton Rouge, Louisiana, this 13th day of July, 2022

_____  
JUDGE BRIAN A. JACKSON  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF LOUISIANA