UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: DEFENSE COUNSEL  MISCELLANEOUS ACTION
IN 20-CV-00092

NO. 22-00039-BAJ

ORDER

**IT IS ORDERED** that the Show Cause Hearing set for Thursday, August 4, 2022 at 1:30 p.m. in Courtroom 2 is **CONVERTED** to a Status Conference on Thursday, August 4, 2022 at 3:30 p.m. in the Chambers of Judge Brian A. Jackson.

Baton Rouge, Louisiana, this 29th day of July, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA